JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SALVADOR A. F.,[1]

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

No. 2:25-cv-08456 DSR

**JUDGMENT**

Pursuant to the Court's Memorandum Decision and Order filed concurrently herewith,

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that judgment is hereby entered in favor of Defendant and against Plaintiff.

DATED: September 24, 2026

______________________________

HON. DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.